**Janie K. THOMAS;  Orville Thomas, Plaintiffs—Appellants,**

v.

**DICK CORPORATION;  Cost Company, Defendants—Appellees.**

No. 05–1492.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2005.

Decided Oct. 21, 2005.

Ralph C. Young, Hamilton, Burgess, Young & Pollard, P.L.L.C., Fayetteville, West Virginia, for Appellants. Steven C. Hanley, Tonya P. Mullins, Kay, Casto & Chaney, P.L.L.C., Charleston, West Virginia, for Appellees.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janie K. Thomas and Orville Thomas appeal the district court's orders dismissing their tort action and denying their motion to alter or amend judgment under Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Thomas v. Dick Corp.*, No. CA–04–1205 (S.D.W.Va. Feb. 24 and Mar. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*